IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL WOODALL                                                              PLAINTIFF

v.                                          No. 2:16-CV-02086

SGT. MILLER, et al.                                                        DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 44) from United States Magistrate Judge Mark E. Ford. Plaintiff filed objections (Doc. 52) to the report and recommendation. The deadline to respond to the objections has not passed, but no response is necessary. The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and the report does not otherwise contain any clear error. The Magistrate's report and recommendation (Doc. 44) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Jane Doe Bobbie Kitchen Staff's motions to dismiss (Docs. 25 and 39) are GRANTED, and the claims against her are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the claims against Defendant Casey Bartholomew are DISMISSED WITHOUT PREJUDICE.

All other claims remain pending at this time.

IT IS SO ORDERED this 27th day of April, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE