IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL WOODALL                                                                  PLAINTIFF

v.                                    Civil No. 2:16-CV-02086

SGT. MILLER (Captain, Sebastian County                   DEFENDANTS
Detention Center), MICHELLE MAKOSTA[1]
(Deputy Jailer, Sebastian County), and SGT.
DUMAS

## JUDGMENT

For the reasons stated in the Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 29th day of June 2018.

                                                             /s/ P. K. Holmes, III
                                                             P. K. HOLMES, III
                                                             CHIEF U.S. DISTRICT JUDGE

---

[1] Defendant Makosta's correct last name is Acosta. (ECF No. 62-1 at 1).